UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.

---

THOMAS S. McCLOSKEY and
KEVIN P. McCLOSKEY
Co-Administrators of the Estate of Philip
McCloskey
    Plaintiffs

VS.

ROBERT S. MUELLER, III, As He is Director
of The Federal Bureau of Investigation,
THE FEDERAL BUREAU OF
INVESTIGATION,
WILLIAM H. ANDERSON, Individually and as
an employee of The Federal Bureau of
Investigation,
THE UNITED STATES OF AMERICA and
GARY W. SAMPSON,
    Defendants

---

**THE PLAINTIFFS RESPECTFULLY DEMAND THEIR
CONSTITUTIONAL RIGHT TO TRIAL BY JURY ON ALL COUNTS
SET FORTH HEREIN
DAMAGES ARE IN EXCESS OF SEVENTY FIVE THOUSAND
DOLLARS ($75,000.00)**

Thomas S. McCloskey and Kevin P.
McCloskey
Co-Administrators of the Estate of Philip
McCloskey,
By their attorney

*/s/ Kevin J. Reddington*

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, MA 02301
(508) 583-4280
BBO #414160

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280 / (508) 580-6186