UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11015RCL

THOMAS S. McCLOSKEY and
KEVIN P. McCLOSKEY
Co-Administrators of the Estate of Philip McCloskey
    Plaintiffs

VS.

ROBERT S. MUELLER, III, As He is Director of The
Federal Bureau of Investigation,
THE FEDERAL BUREAU OF INVESTIGATION,
WILLIAM H. ANDERSON, Individually and as an
employee of The Federal Bureau of Investigation,
THE UNITED STATES OF AMERICA and
GARY W. SAMPSON,
    Defendants

**PLAINTIFFS' MOTION TO AMEND COMPLAINT PRIOR TO RESPONSIVE PLEADING**

Now come the plaintiffs in the above numbered complaint and in accordance with Federal Rules of Civil Procedure Rule 15a and prior to the filing of a responsive pleading do amend their complaint as follows;

The named party defendant, Gary W. Sampson, is amended to be Gary "Lee" Sampson.

                                        Thomas S. McCloskey and Kevin P. McCloskey
                                        Co-Administrators of the Estate of Philip
                                        McCloskey,
                                        By their attorney

                                        Kevin J. Reddington, Esq.
                                        1342 Belmont Street, Suite 203
                                        Brockton, MA 02301
                                        (508) 583-4280
                                        BBO #414160

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280 / (508) 580-6186