%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
CLERKS OFFICE

2004 JUN -3 A 11: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Thomas S. McCloskey and Kevin P. McCloskey
Co-Administrators of the Estate of
Philip McCloskey

V.

Robert S. Mueller, III As He is Director of
The Federal Bureau of Investigation, The
Federal Bureau of Investigation, William H.
Anderson, Individually and as an employee of
The Federal Bureau of Investigation, The United States
of America and Gary W. Sampson

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11015 RCL

TO: (Name and address of Defendant)

William H. Anderson
57 Adam Street
Revere, MA 02151

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Kevin J. Reddington
1342 Belmont Street, Suite 203
Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

MAY 20 2004
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| Also served amendment | **RETURN OF SERVICE** |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 26, 2004   4:15PM |
| NAME OF SERVER *(PRINT)* Michael B. Fixman | TITLE  Constable  A disinterested person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served in hand to William H. Anderson at 57 Adams St., Revere, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $83.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 26, 2004     *[signature]*
                Date              *Signature of Server*
                                  72 Hancock St., Everett, MA

                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.