%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Thomas S. McCloskey and Kevin P. McCloskey
Co-Administrators of the Estate of
Philip McCloskey

V.

Robert S. Mueller, III As He is Director of
The Federal Bureau of Investigation, The Federal
Bureau of Investigation, William H. Anderson,
Individually and as an employee of The
Federal Bureau of Investigation, The United
States of America and Gary W. Sampson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11015 RCL

TO: (Name and address of Defendant)

Civil Process Clerk for
Michael J. Sullivan
United States Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA   02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Kevin J. Reddington
1342 Belmont Street, Suite 203
Brockton, MA   02301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   MAY 20 2004

Filed stamp: 2004 JUN -3 A 11: 36  IN CLERKS OFFICE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 27, 2004 |
| NAME OF SERVER (PRINT) Frank A. Kravitsky | TITLE Constable, City of Boston |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then ~~residing therein~~.

Name of person with whom the summons and complaint were left: liona Ferreara its agent and person incharge of its business.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 27, 2004
              Date              Signature of Server   Frank A. Kravitsky
                                                      Constable, & A disinterested party of the action

1539 Blue Hill Avenue, Mattapan, Ma. 02126
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.