AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Thomas S. McCloskey and Kevin P. McCloskey
Co-Administrators of the Estate of
Philip McCloskey

V.

Robert S. Mueller, III As He is Director
of The Federal Bureau of Investigation,
The Federal Bureau of Investigation,
William H. Anderson, Individually and as an
employee of the Federal Bureau of Investigation,
The United States of America and Gary W. Sampson

FILED
CLERKS OFFICE

2004 JUN 28 P 2:21

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 11015 RCL**

TO: (Name and address of Defendant)

Gary Lee Sampson
Inmate Registry Number 23976-038
Terre Haute USP
4200 Bureau Road
Terre Haute, IN  47808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Kevin J. Reddington
1342 Belmont Street, Suite 203
Brockton, MA  02301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 20 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 15, 2004 |
| NAME OF SERVER (PRINT) John Childs | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Terre Haute U.S.P. 4200 Bureau Road North

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-15-04
         Date

Signature of Server: John Childs

Address of Server: 201 Cherry St Terre Haute In 47807

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

State of Indiana )
                      )
County of Vigo )

FILED
IN'S OFFICE
2004 JUN 28 P 2:21
U.S. DISTRICT COURT
DISTRICT OF MASS.

_Deputy John Child_ on oath states:

A) I am over 21 years of age and not a party to this case. I served the summons and a copy of the complaint upon defendant(s) _Mary Lu Sampson_ by leaving a copy of the summons and of the complaint with the defendant personally on _June 15_, 200_4_, at the hour of _9:35_ am/pm, at _Terre Haute U.S.P._ Vigo County, Indiana.

B) On defendant(s) _____ by leaving on _____, 200__, at the hour of _____ am/pm, a copy of the summons and of the complaint at _____ Vigo County, Indiana, his usual place abode with _____ informing that person of the contents of the summons and also by sending a copy on _____, 200__, a copy of the summons and of the complaint in a sealed envelope with postage full prepaid, addressed to the defendant at this usual place abode.

C) On defendant corporation _____ by leaving a copy of the Summons and of the complaint with _____
                                 (Registered Agent)  (Officer)  (Agent)
corporation on _____, 200__, at the hour of _____ am/pm, at _____ Vigo County, Indiana.

_John Child_

Seal

_Jon R Marvel, Sheriff of Vigo County_
Vigo County Sheriff

Signed and sworn to before me
_June 16_, 200_4_
_Jennifer R Winchell_
Notary Public
_10-15-2011_
My commission expires

# VALIDATE, INC.

J. Ritch Collins, Pres.

FILED
CLERK'S OFFICE
2004 JUN 28 P 2:27

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 21, 2004

Mr. Kevin J. Reddington
Attorney At Law
Williamsburg Square, Suite 203
1342 Belmont Street
Brockton, Massachusetts 02301

        RE: Constable - McCloskey

Dear Mr. Reddington:

    This will supplement ours dated June 2, 2004 regarding the above referenced matter.

    Service has been completed on 3rd party defendant, Gary Lee Sampson as requested. Enclosed with this correspondence, you will find the attached cover page of the original Summons, the Return of Service document and the Affidavit of Service which reflects the original Summons and Complaint was delivered to defendant Gary Lee Sampson % of the United States Federal Penetiary in Terre Haute, IN. Local procedural rules required that an officer with the Vigo County Sheriff's Office deliver the documents to the prison officials in charge of Mr. Sampson's incarceration.

    As this concludes our activity, we are closing our file accordingly. If you require any further assistance in this matter, please feel free to contact this writer directly. Thank you for the assignment.

                                      Respectfully yours,

                                      J. Ritch Collins
                                      Validate, Inc.

ENC: Return of Service
       Affidavit of Service

(Mailing Address)
P.O. Box 574
Vincennes, IN 47591
Office: (812) 882-096
Fax: (812) 882-0961
24 Hr. Service Pager: 1-888-542-0131

(Business Office)
Sycamore Bldg. Suite 405
Terre Haute, IN 47807
Office: (812) 234-8068
Fax: (812) 234-8368
Toll Free: 866-234-8068