# UNITED STATES DISTRICT COURT

District of

Thomas S. McCloskey and Kevin P. McCloskey
Co-Administrators of the Estate of Philip McCloskey

**SUMMONS IN A CIVIL ACTION**

V.

Robert S. Mueller, III As He is Director of The Federal Bureau of Investigation, The Federal Bureau of Investigation, William H. Anderson, Individually and as an employee of the Federal Bureau of Investigation, The United States of America and Gary W. Sampson

CASE NUMBER: 04 11015 RCL

TO: (Name and address of Defendant)

Robert S. Mueller, III, Director
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

TONY ANASTAS

CLERK

MAY 20 2004

DATE

(By) DEPUTY CLERK