## RETURN OF SERVICE

04-110115 RCL

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 6/29/04 |
| NAME OF SERVER (PRINT) RD Carter JR | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Attorney General John D Ashcroft Department of Justice 1231 F ST NW Suite 520 North Barry Hanson Esq. Office of The General Counsel

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 55.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/29/04
Date

RD Carter
Signature of Server

THE CARTER CORPORATION, INC
601 Pennsylvania Ave NW
Suite 900 South
Washington DC 20004
Address of Server

Thomas S McCloskey
v
Robert S Mueller III as he is Director of The Federal Bureau of Investigation et al