UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS S. MCCLOSKEY and KEVIN P. MCCLOSKEY, | ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | 1:04-CV-11015-RCL |
| ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; THE FEDERAL BUREAU OF INVESTIGATION; WILLIAM H. ANDERSON, Individually and as an employee of the Federal Bureau of Investigation; THE UNITED STATES OF AMERICA; and GARY LEE SAMPSON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Carol L. Shea, Special Attorney, United States Attorney's Office for the District of Vermont, 11 Elmwood Avenue, P.O. Box 570, Burlington, Vermont 05402, (802) 951-6725, as counsel for the Defendants, Robert S. Mueller, III, The Federal Bureau of Investigation, William H. Anderson, in his official capacity and the United States of America.

Dated at Burlington, in the District of Vermont this /*_* day of July 2004.

          Respectfully submitted,

          UNITED STATES OF AMERICA,
          ROBERT S. MUELLER, III,
          THE FEDERAL BUREAU OF
          INVESTIGATION, and WILLIAM
          ANDERSON in his official capacity,

          DAVID V. KIRBY
          Acting United States Attorney

By: _____
          CAROL L. SHEA
          Special Attorney
          Chief, Civil Division
          United States Attorney's Office
          P.O. Box 570
          Burlington VT 05402-0570
          (802) 951-6725

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail on July 15, 2004.

          _____
          /Carol L. Shea, Special Attorney