Gary Lee Sampson
U.S. Bureau of Prisons
Prison Reg. No. 23976-038
P.O. Box 33
Terre Haute, Indiana 47808

S/ Clerk Of The Court
United States district Court
One Courthouse Way, Suite 5130
Boston, MA 02210

November 17th, 2004

RE:  Docket No. 1:04-CV-11015-RCL/Response to Filings and Pleadings

S/ Clerk Of The Court,

In the past year I have filed several pleadings with your office in the aforementioned case and enclosed sufficient number of copies for the filing with the court, as well as enclosed an extra cover of the same for a file stamp and return, which request has not once been complied with.  Whatever personal animus this office of the court, or that you may have against me is not to be derivative in performing avoirs of your office.  The demonstrated personal animus you have shown against me in denying me access to the courts is not acceptable, nor will it be tolerated with impunity.

I again request file stamp copies of all pleadings I have filed with your office which include, Response to the Complaint, Motion for Appointment of Counsel and Motion To Dismiss pursuant to Rule 12(b)(6).  Furthermore' I am requesting a copy of the docket statement.

I appreciate your attention to this matter and pray that your office can afford me the duty owed to me under 28 U.S.C. § 956.  If you chose not to comply under that applicable statute I will initiate a Judicial Complaint with the United States Court of Appeals for the First Circuit.  Please afford me with those applicable rules for

1.

filing a Judicial Complaint with the appropriate office of the First Circuit Court of Appeals.

Again thank you for your attention to these matters.

Sincerely,

_____
Gary Lee Sampson
plaintiff/pro se

### CERTIFICATE OF MAILING

**The undersinged,** does certify that a true and correct copy of the foregoing **letter to the S/ Clerk of the Court** requesting file stamp copies and docket statement of all pleading filed with his office by the before signed defendant was mailed, postage prepaid to:

**S/ Clerk of the Court**
United States District Court
One Courthouse Way, Suite 5130
Boston, MA 02210

on this _____ day of November, 2004.

cc: file/wip/gls

Gary Lee Sampson
U.S. Bureau of Prisons
P.O. Box 33
Terre Haute, Indiana 47808

2.