**U.S. Department of Justice**



*United States Attorney*
*District of Vermont*

FILED
IN CLERKS OFFICE

2005 JAN 28 P 1:18

U.S. DISTRICT COURT
DISTRICT OF MASS

*United States Courthouse and Federal Building*
*Post Office Box 570*
*Burlington, Vermont 05402-0570*

(802) 951-6725
Fax: (802) 951-6540

January 26, 2005

Clerk of Court
United States District Court
One Courthouse Way, Suite 5130
Boston, MA 02210
**Attn: Lisa Hourihan**

Re:  *McCloskey, et al. v. Robert S. Mueller, III, et al.*
     Docket No. 1:04-CV-11015-RCL

Dear Clerk:

I am writing to let you know that I will be on vacation from March 7-18, 2005. I would appreciate it if you would avoid scheduling hearings or other matters in my case listed above during that time.

Please contact me if you have any questions. Thank you.

Sincerely,

DAVID V. KIRBY
United States Attorney

CAROL L. SHEA
Special Attorney