UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**THOMAS S. MCCLOSKEY, ET AL**
    Plaintiff(s)

v.     CIVIL ACTION NO. **04-11015-RCL**

**ROBERT S. MUELLER III, ET AL**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** In accordance with the Memorandum and Order dated September 2, 2005;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants, Robert S. Mueller III, The Federal Bureau of Investigation, William H. Anderson, United States of America and Gary Lee Sampson.

Sarah A. Thornton, Clerk

Dated: September 6, 2005        /s/ Lisa M. Hourihan
                         ( By )  Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____ %.

(judgciv.frm - 10/96)                                    [jgm.]