UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.  04-11015RCL

THOMAS S. McCLOSKEY and
KEVIN P. McCLOSKEY
Co-Administrators of the Estate of Philip  McCloskey
       Plaintiffs

VS.

ROBERT S. MUELLER, III, As He is Director of The
Federal Bureau of Investigation,
THE FEDERAL BUREAU OF INVESTIGATION,
WILLIAM H. ANDERSON, Individually and as an
employee of The Federal Bureau of Investigation,
THE UNITED STATES OF AMERICA and
GARY W. SAMPSON,
       Defendants

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the above captioned plaintiffs, Thomas S. McCloskey and Kevin P. McCloskey, Co-Administrators of the Estate of Philip McCloskey hereby appeal from the Judgment and Order entered in the above entitled action on September 6, 2005.

/s/Kevin J. Reddington