LAW OFFICES OF
# KEVIN J. REDDINGTON

OF COUNSEL
STEPHANIE MARTIN GLENNON

November 3, 2005

FILED
CLERK'S OFFICE

2005 NOV -4  P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

BOARD CERTIFIED CRIMINAL TRIAL SPECIALIST

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

Clerk's Office
United States District Court
1 Courthouse Way, Room 2300
Boston, MA 02210

RE: Thomas S. McCloskey and Kevin P. McCloskey
    Co-Administrators of the Estate of Philip McCloskey
VS. Robert S. Mueller, III, as he is Director of the Federal Bureau of Investigation,
    The Federal Bureau of Investigation, William H. Anderson, Individually
    And as an employee of the Federal Bureau of Investigation, The United States of
    America and Gary W. Sampson
    No. 04-11015RCL

Dear Sir/Madam:

In accordance with the Federal Rules of Appellate Procedure and First Circuit Local Rules, please note in accordance with Fed. Rules of Appellate Procedure Rule 10A that I have conferred with counsel for the defendant, United States of America, that the Record on Appeal shall consist of the following:

1.) Original papers and exhibits filed in the District Court.
2.) Please note that there is no transcript of the proceedings.
3.) I understand you will prepare a Certified Copy of the Docket Entries.

Please construe this letter to be a Certificate that no transcript will be ordered as there was no transcript taken. The parties have agreed after conference that there shall be no other documents or exhibits placed on the Record on Appeal with the exception of the original papers and exhibits as set forth above and the judge's ruling.

Thank you for your attention. I look forward to certification of the Assembly of the Record.

Very truly yours,

Kevin J. Reddington

KJR/lam
cc: Carol L. Shea

THE NATIONAL BOARD OF TRIAL ADVOCACY IS A PRIVATE
ORGANIZATION WHOSE STANDARDS ARE NOT REGULATED
BY THE COMMONWEALTH OF MASSACHUSETTS