# United States Court of Appeals
## For the First Circuit

No. 05-2690

THOMAS S. McCLOSKEY AND KEVIN P. McCLOSKEY,
AS CO-ADMINISTRATORS OF THE ESTATE OF PHILIP McCLOSKEY,



Plaintiffs, Appellants,

v.

ROBERT S. MUELLER III, IN HIS CAPACITY AS DIRECTOR OF
THE FEDERAL BUREAU OF INVESTIGATION, ET AL.,

Defendants, Appellees.

### JUDGMENT

Entered: May 16, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of dismissal is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/12/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Reddington, Ms. Shea & Mr. Sampson.]